People ex rel. Keene v Molina (2023 NY Slip Op 05216)

People ex rel. Keene v Molina

2023 NY Slip Op 05216

Decided on October 12, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 12, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-08902

[*1]The People of the State of New York, ex rel. Alexander M. Keene, on behalf of Julian Cordoba-Bedoya, petitioner,
v
Louis A. Molina, etc., respondent.

Queens Defenders, Forest Hills, NY (Alexander M. Keene pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Edan Benmelech, and Leighanne Daly of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Julian Cordoba-Bedoya upon his own recognizance or to set reasonable bail pursuant to CPL 30.30(2)(a) upon Queens County Indictment No. 72292/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court